UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:10-cr-00091-JPH-MG |
| ) | |
| ANTHONY BAILEY, ) | -01 |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Debra McVicker Lynch's Report and Recommendation and all findings therein, dkt. [126]. The Court now **ORDERS** that Anthony Bailey's supervised release is therefore **REVOKED**, dkt. [116], and Mr. Bailey is sentenced to the custody of the Attorney General or his designee for imprisonment of twelve (12) months and one (1) day with no supervised release to follow. The Court recommends placement at a facility closest to Indianapolis, Indiana excluding FCC Terre Haute.

**SO ORDERED.**

Date: 1/25/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

United States Probation Office

United States Marshal